## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

No.: 20-cr-00161 (TNM)

KYRE FIELDS,

Defendant.

## VERDICT FORM

**COUNT ONE:**

With respect to the offense of Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, we, the jury, find the defendant Kyre Fields:

_____ Not Guilty          _____X_____ Guilty

**We, the jury, have made the above-noted findings:**

9/15/2021          10:22          _____
Date               Time           Foreperson